AO 450 (Rev. 5/85) Judgment in a Civil Case

**FILED**
Monday, 12 July, 2004  09:41:40 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                              Case Number:  **04-3073**

**JOHNNIE J. BULTEMA, SANDRA R. BULTEMA
and KIMBERLY MARIE BULTEMA,**

    **Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered July 12, 2004 by Judge Jeanne E. Scott that judgment of foreclosure is hereby entered in favor of the plaintiff and against the defendants.  This case is closed.-------------------------------------------------------------------------------------------------------------------

ENTER this 12th day of July, 2004

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ A. Joos
_____
BY:  DEPUTY CLERK