**DISTRICT COURT
CENTRAL DISTRICT OF
ILLINOIS
SPRINGFIELD DIVISION
UNITED STATES OF
AMERICA, Plaintiff, v.
JOHNNIE J. BULTEMA,
SANDRA R. BULTEMA and
KIMBERLY MARIE BULTEMA,
Defendants.
CIVIL No. 04-3073
NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is: Darrel Monts, Community Development Manager, USDA Building, 1904 West Lafayette, Suite 1, Jacksonville, IL 62650, Telephone No: 217-243-1535, Ext. 4

2. The common address and other common description, if any, of the real estate is: 1307 Jane Drive, Gillespie, Illinois 62033

3. The legal description of the real estate is:
Lot Numbered Nine (9) in Kimberly Estates First Addition in a part of the Southeast Quarter of the Southeast Quarter of Section Twenty-four (24), Township Eight (8) North, Range Seven (7) West and in a part of the Southwest Quarter of the Southwest Quarter of Section Nineteen (19), Township Eight (8) North, Range Six (6) West of the Third Principal Meridian in the City of Gillespie, Macoupin County, Illinois; except all coal conveyances. PIN NO. 03-004-372.00

4. The real estate may be inspected prior to sale at the following times: Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are: September 22, 2004, at 10:00 a.m. at the front door of the Macoupin County Courthouse, Carlinville, Illinois.

6. The terms of the sale are: 10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2003 and 2004, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois this 21st day of July, 2004.
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF
ILLINOIS
4t8-19

---

№ 8278

## Certificate of Publication

I, Chris Schmitt, publisher of the Macoupin County Enquirer~Democrat, a secular newspaper of general circulation, published at Carlinville, Macoupin County, Illinois, and regularly published over six months, hereby certify that the annexed

Notice of _USA vs Bultema 04-3073_

was published in the Macoupin County Enquirer~Democrat once each week for _4_ weeks consecutively; the first insertion being on the _19th_ day of _August 2004_ and the final insertion on the _9th_ day of _September 2004_

_Chris Schmitt_

Publisher's Fees _____ $ _310.00_

_____ $ _____

Total _____ $ _310.00_

Received Payment _____