**E-FILED**
Monday, 25 October, 2004  10:03:25 AM
Clerk, U.S. District Court, ILCD

UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES | ) |
| OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNNIE J. BULTEMA, SANDRA R. | ) |
| BULTEMA and KIMBERLY MARIE | ) |
| BULTEMA, | ) |
| | ) |
| Defendants. | ) CIVIL NO. 04-3073 |

## UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of

Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of

Foreclosure made in this cause on July 12, 2004, I, the undersigned, on the 22 day of September,

2004, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to

the highest and best bidder for cash, at the front door of the Courthouse in Macoupin County,

Carlinville, Illinois, the lands and premises described in said Decree and that Darrel Monts, on

behalf of U.S. Department of Agriculture, Rural Development, 2118 West Park Court, Suite A,

Champaign, IL 61821, having bid therefore the sum of $43,600.00, and the said bid being the

highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to

the said bidder for the said sum so bid the said premises, which are situated in the County of

Macoupin, Illinois, and described as follows, to-wit:

Lot Numbered Nine (9) in Kimberly Estates First Addition in a part of the Southeast Quarter of the Southeast Quarter of Section Twenty-four (24), Township Eight (8) North, Range Seven (7) West and in a part of the Southwest Quarter of the Southwest Quarter of Section Nineteen (19), Township Eight (8) North, Range Six (6) West of the Third Principal Meridian in the City of Gillespie, Macoupin County, Illinois; except all coal conveyances.

PIN NO. 03-004-372-00

together with all buildings and improvements thereon and the tenements, appurtenances and

hereditaments thereunto belonging, subject to the general taxes for the years 2003 and 2004,

which are a lien, and any special assessments or special taxes levied or assessed against the said

real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 7th day of October, 2004.


s/ Steven D. Deatherage

_____
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS                )
                                 ) SS:
COUNTY OF SANGAMON               )

ACKNOWLEDGMENT

On this 7th day of October, 2004, before me, Clerk of the United States District Court for

the Central District of Illinois, the undersigned, personally appeared STEVEN D.

DEATHERAGE, known to me to be the United States Marshal for the said Central District of

Illinois, and the person whose name is subscribed to the within and foregoing instrument, and

acknowledged that he executed the same as the United States Marshal as aforesaid as and for the

purposes therein set forth.

> s/ John M. Waters
> JOHN M. WATERS
> Clerk of the U.S. District Court
>
>
> s/ T. Kelch
> _____
> Deputy Clerk

This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney,
318 South Sixth Street, Springfield, Illinois 62701.

Send tax statement to Donna Wiltshire, U.S. Department of Agriculture, Rural Development,
2118 West Park Court, Suite A, Champaign, IL 61821.