E-FILED
Wednesday, 22 December, 2004  12:13:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNNIE J. BULTEMA, SANDRA R. BULTEMA and KIMBERLY MARIE BULTEMA, | ) ) ) |
| | ) |
| Defendants. | ) CIVIL NO. 04-3073 |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on March 25, 2004, and recorded in the Recorder's Office in Macoupin County, Illinois, on March 31, 2004, as Document No. 434434, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on March 25, 2004, and is now pending.

(i) The name of the plaintiff and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The names of the title holders of record are:   Johnnie J. Bultema and
Sandra R. Bultema

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot Numbered Nine (9) in Kimberly Estates First Addition in a part of the Southeast Quarter of the Southeast Quarter of Section Twenty-four (24), Township Eight (8) North, Range Seven (7) West and in a part of the Southwest Quarter of the Southwest Quarter of Section Nineteen (19), Township Eight (8) North, Range Six (6) West of the Third Principal Meridian in the City of Gillespie, Macoupin County, Illinois; except all coal conveyances

PIN NO. 03-004-372-00

(v) A common address or description of the location of the real estate is as follows:

1307 Jane Drive, Gillespie, Illinois 62033

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of mortgagors: | Johnnie J. Bultema and Sandra R. Bultema |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | November 20, 1981 |
| Date of recording: | November 23, 1981 |
| County where recorded: | Macoupin County, Illinois |
| Recording document identification: | Book 883 of Mtgs., Page 235 |

Respectfully submitted,
JAN PAUL MILLER
United States Attorney

By: s/ Elizabeth L. Collins
_____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL 62701.